Civil Action No. 25-CV-593

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company, Inc. was received by me on *(date)* ____________________.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Makeda Renfro-Sargent, Receptionist, Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National Life Insurance Company, Inc., c/o Corporation Service Company on *(date)* Tue, Jul 29 2025 ; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ 00.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 07/29/2025

[signature]

*Server's signature*

Michael Jesse

*Printed name and title*

345 W Washington Ave Suite 201, Madison, WI 53703

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jul 29, 2025, 11:08 am CDT at Registered Agent Company: 33 East Main Street Suite 610, Madison, WI 53703 received by Makeda Renfro-Sargent, Receptionist, Corporation Service Company. Age: 25-30; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'6"; Hair: Black;

Served on an individual who claimed that they were authorized to accept service.

The following documents were also served: Complaint, Civil Cover Sheet, Honorable Anita M. Boor Order Governing Filling of Dispositive Motions Prior to Preliminary Pretrial Conference, In Re: Case Assignments Administrative Order 426, Procedure for Consenting to or Requesting Reassignment from a Magistrate Judge, Disclosure of Corporate Affiliations and Citizenship