UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**DEBRA KINCAID,**

Plaintiff,

Case No. 3:25-cv-00593-amb

vs.

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY, INC.**

Defendant.

---

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

---

The Plaintiff, Debra Kincaid, by her attorneys, Hawks Quindel, S.C., hereby files her answer to Defendant's Counterclaim and states as follows:

## ANSWER TO COUNTERCLAIM

1. In response to the allegations contained in the Complaint, Lincoln asserts a breach of contract counterclaim resulting from Plaintiff's failure to reimburse Lincoln in accordance with the terms of the document governing the LTD Plan. Lincoln also seeks a constructive trust and other equitable relief under 29 U.S.C. § 1132(a) over any benefits from either Lincoln or the Social Security Administration currently in the possession of Plaintiff. Additionally, Lincoln seeks recovery from Plaintiff based on unjust enrichment of the Plaintiff by virtue of Plaintiff's retention of benefits from the Social Security Administration that Plaintiff is obligated to repay to Lincoln. Plaintiff was awarded retroactive disability benefits from the Social Security Administration. Under the terms of the document governing

the LTD Plan, Plaintiff is obligated and specifically agreed to reimburse Lincoln for the retroactive amounts Plaintiff received from the Social Security Administration. Plaintiff has failed and refused to make reimbursement to Lincoln in breach of the terms of the LTD Plan. Lincoln is entitled to recover from Plaintiff as a result of Plaintiff's breach, plus attorneys' fees pursuant to 29 U.S.C. § 1132(a)(1)(B).

**ANSWER:** Plaintiff admits only that: Lincoln is asserting a breach of contract counterclaim; Lincoln is seeking a constructive trust and other equitable relief; Lincoln is seeking recovery from Plaintiff based on unjust enrichment; Plaintiff was awarded retroactive disability benefits from the Social Security Administration; and under the terms of the long-term disability Plan document, Defendant has the right to recover any benefits it has overpaid. Plaintiff denies all remaining allegations presented in ¶ 1.

## ANSWER TO PRAYER FOR RELIEF

Answering Defendant's prayer for relief, Plaintiff denies each and every allegation in that paragraph, and further denies that Defendant is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. Defendant's Counterclaim fails, in whole or in part, to state a claim upon which relief can be granted.

2. Defendant's Counterclaim is preempted by the Employee Retirement Income Security Act of 1974 (ERISA). Therefore, Defendant is not entitled to any remedy not provided under ERISA.

3. Defendant's claims against Plaintiff arise solely under ERISA. Therefore, Defendant's rights and remedies, if any, are limited solely to those afforded under ERISA.

4. Defendant's Counterclaim is barred by the doctrine of unclean hands. Defendant wrongfully terminated Plaintiff's LTD benefits and refused to accept the findings of the Social Security Administration that Plaintiff is disabled.

5. Defendant's Counterclaim is barred by the principles of unjust enrichment. Defendant refused to accept the findings of the Social Security Administration that Plaintiff is disabled yet seeks to reap the benefit of such findings. Defendant was obligated under the terms of the Policy to pay Plaintiff's disability benefits regardless of whether she applied for or received Social Security benefits.

6. Plaintiff reserves the right to assert additional affirmative defenses.

WHEREFORE, Plaintiff, Debra Kincaid, respectfully requests judgement as follows:

1. That Defendant take nothing by reason of its Counterclaim, and that judgment be awarded in favor of Plaintiff and against Defendant;

2. For Plaintiff's costs of suit incurred herein, including a reasonable award of attorneys' fees; and

3. For such other relief as this Court may deem reasonable and proper.

Dated: September 4, 2025.

By: *<u>/s/ Jessa L. Victor</u>*

Jessa L. Victor, WI State Bar No. 1099144
Forrest C Stewart, WI State Bar No 1124604
Hawks Quindel, S.C.
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Email: jvictor@hq-law.com, fstewart@hq-law.com

*Attorneys for Plaintiff, Debra Kincaid*