**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**DEBRA KINCAID,**

**Plaintiff,**

**CIVIL ACTION NO. 3:25-cv-00593-amb**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

---

# JOINT RULE 26(f) PLAN

---

Plaintiff, by her attorneys, and Defendant, by its attorneys, respectfully submit the following report pursuant to Fed. R. Civ. P. 26(f). Counsel for the parties conferred about the matters set forth below on September 2, 2025.

1. Nature of the Case. This is a civil dispute brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") in which Plaintiff seeks Long-Term Disability Insurance ("LTDI") benefits under the ERISA-governed Plan at issue. The Defendant contends that the Plaintiff is not entitled to said benefits.

2. Names of Any Related Cases. There are no related cases.

3. Material Factual and Legal Issues to be Resolved at Trial.

Plaintiff's position: Plaintiff contends that she became disabled in April 2022, eligible to receive LTDI benefits effective July 2022, and remains eligible for

continued LTDI benefits. Plaintiff further contends that Defendant's decision to deny her LTDI benefits was erroneous, arbitrary, capricious, and unreasonable.

Defendant's position: The material factual and legal issue to be resolved in this case through dispositive motions is whether Defendant's decision to deny Plaintiff's claim for long-term disability benefits was reasonable; that is, not arbitrary and capricious.

4. Amendment to the Pleadings. The parties do not anticipate amending the pleadings.

5. Identity of New Parties to be Added. The parties do not anticipate adding any new parties to the case.

6. Proposed Schedule. The parties jointly propose that the Court establish the following schedule in this matter:

| | |
|---|---|
| Deadline for Defendant to Produce Administrative Record | October 14, 2025 |
| Deadline for Plaintiff to Dispute the Administrative Record | November 11, 2025 |
| Deadline for Defendant to File Administrative Record | November 25, 2025 |
| Dispositive Motion Deadline (Cross Motions) | April 22, 2026 |
| Dispositive Motion Response Deadline (Cross Responses – No Replies Without Leave of Court) | May 20, 2026 |
| Trial – if necessary | November __, 2026<br>(To be set by the Court) |

8. Discovery Plan:

a. Initial Disclosures. The parties agree to opt out of the initial disclosure requirement. Instead, the Defendant shall produce the Administrative Record on or before October 14, 2025. Plaintiff shall have until November 11, 2025, to raise any challenge to the information,

materials and/or documentation contained therein. Defendant shall file the Administrative Record by November 25, 2025.

b. Electronically Stored Information. The parties do not believe that this case involves discovery of electronically stored information (ESI). If e-discovery becomes necessary, the parties will discuss the most cost-effective and efficient use of the same.

c. Confidentiality. The parties do not anticipate any disputes concerning confidentiality or claims of privilege. To the extent any such dispute arises, Fed. R. Civ. P. 26(b)(5) shall control. In the event discovery is ordered by the Court, the parties agree that all disclosures will be made pursuant to a Protective Order.

d. Change to Limitations on Discovery Imposed by Federal Rules.

Defendant's position: This is an ERISA claim for benefits to be reviewed on the Administrative Record available to the administrator at the time of the decision and no discovery should be permitted. Defendant disputes Plaintiff's right to claim for discovery beyond the administrative record.

Plaintiff's position: The Plaintiff does not agree that this is a case for review on a closed administrative record. The Plaintiff reserves the right to seek discovery and to introduce evidence beyond the administrative record.

Dated: September 4, 2025

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Robert Loper*


By: *<u>/s/ Jessa L. Victor</u>*
Jessa L. Victor, WI State Bar No. 1099144
Email: jvictor@hq-law.com
Brook E. Tylka, WI State Bar No. 1126886
Email: btylka@hq-law.com
409 E. Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236


Dated: September 4, 2025

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
*Attorneys for Defendant, The Lincoln National Life Insurance Company*


By: <u>/s/ Iwana Rademaekers</u>
Iwana Rademaekers, TX Bar No. 16452560
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 214.579.9319
Fax: 469.444.6456