IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEBRA KINCAID,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, INC.,

Defendant.

PRELIMINARY PRETRIAL CONFERENCE ORDER

25-cv-593-wmc

---

This court held a telephonic preliminary pretrial conference on October 1, 2025. Both parties appeared by counsel. The court set the schedule for this case and advised the parties that their conduct throughout this case is governed by this pretrial conference order and the attachments to it.

The parties and their attorneys must at all times treat everyone involved in this lawsuit with courtesy and consideration. The parties must attend diligently to their obligations in this lawsuit and must reasonably accommodate each other in all matters so as to secure the just, speedy and inexpensive resolution of each proceeding in this matter as required by Fed. R. Civ. Pro. 1. Failure to do so shall have consequences.

1. **Deadline for Defendant to Produce Administrative Record: October 14, 2025**

2. **Deadline for Plaintiff to Dispute the Administrative Record: November 11, 2025**

3. **Deadline for Defendant to File the Administrative Record: November 25, 2025**

4. **Cross Motions for Summary Judgment: April 22, 2026**

   **Responses: May 20, 2026**

   **No replies without leave of court.**

5. **Settlement Letters: August 28, 2026**

Not later than this date, each party must submit a confidential settlement letter to the clerk of court at clerkofcourt@wiwd.uscourts.gov. The letter should set forth the terms and conditions upon which that party would settle this case. These letters will not become part of the record in this case and will not be shared with the presiding judge or opposing counsel.

The clerk of court may independently initiate settlement discussions with counsel based upon the settlement letters. A party can also request mediation at any time, before or after settlement letters are filed, by contacting the clerk of court via e-mail or telephone at 608-261-5719.

6. **Submissions for Final Pretrial Conference: September 4, 2026**

**Responses: September 18, 2026**

7. **Final Pretrial Conference: October 6, 2026, at 2:30 p.m.**

8. **Bench Trial: October 13, 2026**

**The parties predict a one or two-day trial.**

9. **Reporting Obligation of Corporate Parties.**

All parties that are required to file a disclosure of corporate affiliations and financial interest form have a continuing obligation throughout this case promptly to amend that form to reflect any changes in the answers.

Entered October 1, 2025.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge