**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**DEBRA KINCAID,**

**Plaintiff,**

**CIVIL ACTION NO. 3:25-cv-00593-wmc**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

# RESPONSE TO SHOW CAUSE ORDER

Counsel for Defendant files this Response to the Court's Show Cause Order entered on October 1, 2025, and states as follows:

Defendant's Counsel, Iwana Rademaekers, apologizes to the Court and to Plaintiff's counsel for failing to appear for the Scheduling Conference in the above-styled matter on October 1, 2025. In response to the Court's Order that Defendant's Counsel show cause for failing to appear, Defendant's counsel states that in addition to having this Conference on her system calendar, she had set an alarm on the morning of October 1st for 3:30 to remind her to call into the conference at the appointed time. However, the alarm was accidently set for a.m. instead of p.m. Additionally, at the time of the conference, Defendant's counsel was conferring with another attorney and away from her computer, and accordingly, did not timely receive the calendar reminder of the conference. Although Defendant's counsel can explain the reason for failing to appear, counsel recognizes the inconvenience caused from the failure and deeply apologizes to all concerned.

Defendant does not oppose the entry of a schedule to govern this case in accordance with the Joint 26(f) Plan that was filed with the Court in this Action.

Dated this 2nd day of October 2025.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jessa L. Victor
Email: jvictor@hq-law.com

Forrest C. Stewart
Email: fstewart@hq-law.com

October 2, 2025 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers