**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**DEBRA KINCAID,**

**Plaintiff,**

**CIVIL ACTION NO. 3:25-cv-00593-wmc**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Debera Kincaid and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 17th day of November 2025.

Respectfully submitted,

*/s/ Jessa L. Victor*
Jessa L. Victor, WI Bar No. 1099144
jvictor@hq-law.com
Forrest C Stewart, WI State Bar No. 1124604
fstewart@hq-law.com
**HAWKS QUINDEL, S.C.**
409 E. Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

ATTORNEY FOR PLAINTIFF

**- AND -**

*<u>/s/ Iwana Rademaekers</u>*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEY FOR DEFENDANT